IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ROSE,<br>　　　　Plaintiff,<br><br>v.<br><br>EAGLE EXPRESS LINES, INC., et al.,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  21-2784 |

## O R D E R

**AND NOW**, this 7th day of November, 2023, upon consideration of Defendants' Motion for Summary Judgment (ECF Nos. 41, 42), Plaintiff's Opposition thereto (ECF No. 43), and Defendants' Reply (ECF No. 45), **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' Motion is **GRANTED** as to Plaintiff's age discrimination claims under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 *et seq.*, Pennsylvania Human Relations Act ("PHRA"), 42 Pa. C.S. § 951 *et seq.*, and Philadelphia Fair Practices Ordinance ("PFPO"), Phila. Code § 9-1101 *et seq.*, which are **DISMISSED WITH PREJUDICE**.

2. Defendants' Motion is **GRANTED** as to Plaintiff's failure to accommodate claims under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.*, PHRA, and PFPO, which are **DISMISSED WITH PREJUDICE**.

3. Defendants' Motion is **DENIED** as to all other claims.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**